Certificate Number: 14912-CAE-DE-037114942

Bankruptcy Case Number: 22-23113


14912-CAE-DE-037114942

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 18, 2023</u>, at <u>12:37</u> o'clock <u>AM EST</u>, <u>Everette Morris</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of California</u>.

Date:   <u>January 18, 2023</u>          By:   <u>/s/Jai Bhatt</u>

                                       Name:  <u>Jai Bhatt</u>

                                       Title:  <u>Counselor</u>